# NO. 12-10-00154-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| **BRET KEVIN SIRLES,** **APPELLANT** | § | **APPEAL FROM THE 7TH** |
| **V.** | § | **JUDICIAL DISTRICT COURT OF** |
| **THE STATE OF TEXAS,** **APPELLEE** | § | **SMITH COUNTY, TEXAS** |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant has filed a motion to dismiss this appeal. The motion is signed by Appellant and his counsel. No decision has been delivered in this appeal. Accordingly, Appellant's motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.2(a).

Opinion delivered August 25, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)